UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

| | |
|---|---|
| TROY D. PETTY, and wife, )<br>ANNAH A. PETTY, )<br>      Plaintiff, )<br>)<br>)<br>v. )<br>)<br>MARVIN LUMBER AND CEDAR COMPANY, )<br>t/a MARVIN WINDOWS AND DOORS, )<br>      Defendant. ) | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 2:13-CV-62-F** |

**Decision by Court.**

This action came before the Honorable James C. Fox, Senior United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that pursuant to the court's order dated 9/4/2014, Marvin's Motion to Dismiss is ALLOWED and, Plaintiffs' claims are DISMISSED without prejudice to Plaintiffs to file an amended complaint.

**IT IS FURTHER ORDERED** that the Defendant's Motion to Dismiss Plaintiff's First Amended Complaint is ALLOWED, and Plaintiffs' claims are DISMISSED with prejudice.

**This Judgment Filed and Entered on September 11, 2015, and Copies To:**

Kevin Alan Rust (via CM/ECF Notice of Electronic Filing)
Norman W. Shearin, Jr. (via CM/ECF Notice of Electronic Filing)
Michael Obermueller (via CM/ECF Notice of Electronic Filing)
Wes J. Camden (via CM/ECF Notice of Electronic Filing)

DATE                                                JULIE RICHARDS JOHNSTON, CLERK
September 11, 2015                        /s/ Susan K. Edwards
                                                          (By) Susan K. Edwards, Deputy Clerk